■ In the Matter of CHRISTOPHER C. and Another, Children Alleged to be Abused. DENISE E., Appellant; COMMISSIONER OF SOCIAL SERVICES, Respondent, et al., Respondent. [631 NYS2d 666] —Order of disposition, Family Court, New York County (Mary Bednar, J.), entered on or about August 3, 1994, which placed the subject children with the Commissioner of Social Services for a period of 12 months and directed that they reside with their grandmother, following a fact-finding determination of abuse by respondent-appellant mother and respondent father, unanimously affirmed, without costs.

Appellant's abuse of the children was established by evidence that her three-month-old child sustained multiple fractures to the arm and ribs while in her care and custody, and her failure to offer a satisfactory explanation as to how the injuries happened and why she never sought treatment for the earlier rib injuries (*see, Matter of Vincent M.,* 193 AD2d 398, 402). There is no evidence of mitigating circumstances that would warrant a finding of neglect rather than abuse (*cf., supra*). Concur—Wallach, J. P., Kupferman, Ross, Nardelli and Tom, JJ.